ACCEPTED
04-14-00667-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/11/2015 8:36:59 AM
KEITH HOTTLE
CLERK

# LAW OFFICES OF KEITH P. MILLER, P.C.

## ATTORNEYS & COUNSELORS AT LAW

14350 NORTHBROOK, SUITE 150
SAN ANTONIO, TEXAS 78232
TELEPHONE  210.524.9040
FACSIMILE  210.267.2982

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
05/11/2015 8:36:59 AM
MEGAN KUCERA
KEITH E. HOTTLE
Clerk

May 11, 2015

Eloy R. Garcia, District Clerk
ATTN: BRENDA LEE
401 N. Britton Avenue, Room 304
Rio Grande City, Texas 78582

> Re:  Cause No. DC-09-559; Ramiro & Edna Ramos and Federico Salazar, Jr. vs. The Unknown Heirs of Tomasa Gonzalez and Narciso Gonzalez

Dear District Clerk:

Pursuant to Rule of Appellate Procedure 34.5(c), please supplement the Clerk's Record with the documents relating to the citation by publication in this matter. More specifically, the February 3, 2010 affidavit of Rebecca G. Canales and the January 7, 2010 Corrected Notice by Citation by Publication, as well as all attachments thereto. Additionally, please supplement the Clerk's Record with the return of citation for the following individuals:

- Adan Ramos
- Aissa Lynette Salazar
- Amelia Salazar Yunez
- Arabela Gonzalez
- Arlene Luccette Salazar
- Cindy Ramos-Ramos
- Dora Lisa Salazar Guerrero
- Efrain Ramos-Ramos
- Elia G. Garza
- Erica Guzman Uribe
- Gerardo Salazar
- Gilda Ramos
- Graciela Ramos-Guerra
- Hayde Correa
- Homero Hector Gonzalez
- Irma Salazar Cisneros
- Javier J. Gonzalez

- Javier Salinas
- Juan Manuel Garcia
- Juan Ramon Gonzales
- Maria Elia Gonzalez Garza
- Maria Eva Ramos-Garcia
- Maria Del Carmen Salazar
- Maria Elsa Guttierez
- Maria Esther Gonzalez
- Maria Emma Bustamante
- Mario Cesar Gonzalez
- Melissa Salazar Longoria
- Omar Garcia
- Pablo Ildefonso Gonzalez
- Roberto (Bobby) Salazar
- Rosa Enna Gonzales
- Sandra Becker
- Sergio L. Bustamante
- Socorro Gonzalez
- Sylvia Ramos
- Veronica Salazar Rivera

Of course, should you need additional information to process this request, please do not hesitate to contact me.

Sincerely,

*Megan Kucera*

Megan Kucera


MK/mlc

cc: Keith E. Hottle, Clerk for the Fourth Court of Appeals